186

THE STATE OF OHIO, APPELLEE, *v.* PITTMAN, APPELLANT.

(No. 40247—Decided March 22, 1967.)

*Mr. Harry Friberg,* prosecuting attorney, and *Mr. Jos. J. Jan,* for appellee.

*Mr. Jude F. Sutter,* for appellant.

*Per Curiam.* The indictment charges that *money* was obtained in the amount of $72.50. The evidence tended to prove that the thing obtained was a *check* for $72.50. "Money" and "check" are not synonymous. The state failed to prove the charge in the indictment. The judgment of the Court of Appeals is reversed.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.